UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NATTYMAC, LLC, doing business as
NATTYMAC CAPITAL, LLC

Plaintiff,

-v.-

FIRST WEST MORTGAGE BANKERS, LTD.,

Defendant.

Case No. 08 CV 1204

**Rule 7.1 Statement**

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

NATTYMAC, LLC, d/b/a NATTYMAC CAPITAL, LLC    (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

THERE IS NO SUCH CORPORATION OR ENTITY.

Date: February 5, 2007

*Evans Priester*

Signature of Attorney

Attorney Bar Code: EP3142

Form Rule7_1.pdf  SDNY Web 10/2007