AO 440  (Rev.  8/01)  Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 3/3/08, at 2:00 P.M |
| NAME OF SERVER *(PRINT)* Christopher J. Klein | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant.  Place where served: Richard Tschernia 1728 W. Sunrise Highway, Merrick NY 11566

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___3-3-08___        ___Christopher J. Klein___
          Date                          Signature of Server

___33-11 Francis Lewis Blvd., Flushing NY 11358___
          Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.