AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | 3/3/08, at 2:00 PM |
| NAME OF SERVER (PRINT) Christopher J. Klein | TITLE Process Server |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: First West Mortgage Bankers, LTD, c/o: Richard Tschernia (Director), 1728 W. Sunrise Highway, Merrick NY 11566

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  3-3-08
Date

Signature of Server: Christopher J. Klein

Address of Server: 33-11 Francis Lewis Blvd, Flushing, NY 11358

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.