NATTYMAC, LLC v. FIRST WEST MORTGAGE BANKERS, et al./
CASE NO.: 08 CV 1204-DLC

## PROOF OF SERVICE

I am a citizen of the United States. My business address is 75 Rowland Way, Suite 350, Novato, California 94945. I am employed in the county of Marin where this service occurs. I am over the age of 18 years and not a party to the within cause.

On June 6, 2008, I served the following document(s) described as:

### NOTICE OF INITIAL PRETRIAL CONFERENCE

☒ **BY MAIL:** I am readily familiar with my employer's normal business practice of collection and processing of correspondence for mailing. Under that practice, correspondence is deposited with the U.S. Postal Service that same say in a sealed envelope(s) with postage thereon fully prepaid at Novato, California, in the ordinary course of business.

☐ **BY FAX:** I served said document(s) by transmitting via facsimile from facsimile number (415) 878-0035 to the facsimile number(s) set forth below, or as stated on the attached service list, on this date before 5:00 p.m. A statement that this document was successfully transmitted without error is hereby attached to the Proof of Service.

☐ **BY PERSONAL SERVICE:** I caused such envelope(s) to be delivered by hand this date to the offices of the addressee(s).

☐ **BY OVERNIGHT DELIVERY:** I caused such envelope(s) to be delivered on the same day to an authorized courier or driver or to a regular box or other facility regularly maintained by **FEDERAL EXPRESS** with delivery fees provided for, addressed to the person(s) on whom it is to be served.

on the interested party(ies) in this action addressed as follows:

| | |
|---|---|
| First West Mortgage Bankers, Ltd.<br>c/o Richard Tschernia, Director<br>1728 W. Sunrise Highway<br>Merrick, NY 11566 | Defendant unrepresented |
| Richard Tschernia<br>1728 W Sunrise Highway<br>Merrick, NY 11566 | Defendant unrepresented |
| Michael A. Freeman<br>Greenberg & Freeman, LLP<br>24 West 40th Street, 17th Floor<br>New York, NY 10018 | Attorney for Estate of Bernard Tschernia |

☒ **STATE:** I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on June 6, 2008, at Novato, California.

*Karen E. Hansell*
Karen E. Hansell

-1-