UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
NATTYMAC LLC, doing business as
NATTYMAC CAPITAL LLC.,                                  No. 08-CV-1204 (DLC)
                                                        ECF Case
     Plaintiff,

        v.
                                                        RULE 7.1 DISCLOSURE
FIRST WEST MORTGAGE BANKERS, LTD.,                      STATEMENT
et al.,

     Defendants.
-------------------------------------------------------x

       Defendant First West Mortgage Bankers, Ltd., by and through its undersigned counsel, makes the following disclosure pursuant to Fed. R. Civ. P. 7.1:

       Defendant First West Mortgage Bankers, Ltd. has no parent corporation and no publicly held corporation owns 10% or more of its stock.

Dated: New York, New York
       June 11, 2008

                       GREENBERG FREEMAN LLP

                       By:   /s/ *Michael A. Freeman*
                             Michael A. Freeman (MAF-9600)
                             24 West 40th Street, 17th Floor
                             New York, New York 10018
                             (646) 366-0881

                             Attorneys for Defendants

To:    ALSTON & BIRD, LLP
Karl Geercken
90 Park Avenue
New York, NY 10016-1387
(212) 210-9741
*Attorneys for Plaintiff*

BAKER, DONELSON, BEARMAN CALDWELL & BERKOWITZ
W. Edward Ramage
Commerce Center, Suite 1000
211 Commerce Street
Nashville, TN 37201
(615) 726-5600
*Attorneys for Plaintiff*

PROSKAUER ROSE LLP
James Shalek
Alan Federbush
Theodore Cheng
1585 Broadway
New York, NY 10036
(212) 969-3000
*Attorneys for Defendant Dentek Oral Care, Inc.*

SALON, MARROW, DYCKMAN, NEWMAN & BROUDY LLP
John P. Fulco
292 Madison Ave.
New York, NY 10017
(212) 661-7100
*Attorneys for Defendant Kelly M. Kaplan*

# **CERTIFICATE OF SERVICE**

      Michael A. Freeman, an attorney duly admitted to practice law in the State of New York and the United States District Court for the Southern District of New York, certifies under the penalties of perjury that he caused the attached RULE 7.1 DISCLOSURE STATEMENT to be served on January 18, 2007 by first class mail, postage pre-paid, on the following:

ALSTON & BIRD, LLP
Karl Geercken
90 Park Avenue
New York, NY  10016-1387
(212) 210-9741
*Attorneys for Plaintiff*

BAKER, DONELSON, BEARMAN CALDWELL & BERKOWITZ
W. Edward Ramage
Commerce Center, Suite 1000
211 Commerce Street
Nashville, TN  37201
(615) 726-5600
*Attorneys for Plaintiff*

PROSKAUER ROSE LLP
Alan Federbush
1585 Broadway
New York, NY  10036
(212) 969-3000
*Attorneys for Defendant Dentek Oral Care, Inc.*

SALON, MARROW, DYCKMAN, NEWMAN & BROUDY LLP
John P. Fulco
292 Madison Ave.
New York, NY 10017
(212) 661-7100
*Attorneys for Defendant Kelly M. Kaplan*

                                                  Michael A. Freeman