USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/21/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

NATTYMAC LLC, doing business as
NATTYMAC CAPITAL LLC.,

      Plaintiff,

         v.

FIRST WEST MORTGAGE BANKERS, LTD.,
et al.,

      Defendants.
-----------------------------------------------------------x

No. 08-CV-1204 (DLC)
Hon. Dennis L. Cote

STIPULATED ORDER OF
DISCONTINUANCE

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, plaintiff NATTYMAC, LLC doing business as NATTYMAC CAPITAL, LLC, and defendants FIRST WEST MORTGAGE BANKERS, LTD., the ESTATE OF BERNARD TSCHERNIA and RICHARD TSCHERNIA, by and through their undersigned attorneys, hereby stipulate and agree to dismiss this action with prejudice, with each side to bear its own costs and expenses. The parties to this stipulation have resolved the claims between them and have executed a settlement agreement containing releases between plaintiff and defendants.

Dated: New York, New York
       June 26, 2008

AMERICAN MORTGAGE LAW GROUP, PC

By: _____
    Evan D. Prieston, Esq. (EP-3142)
    Attorneys for Plaintiff
    75 Rowland Way, Ste. 350,
    Novato, CA 94945
    (415) 878-0030

GREENBERG FREEMAN LLP

By: _____
    Michael A. Freeman (MAF-9600)
    Attorneys for Defendants
    24 West 40th Street, 17th Floor
    New York, New York 10018
    (646) 366-0881

SO ORDERED:    The Clerk of Court shall close the case.

_____
Dennis L. Cote, U.S.D.J.
July 21, 2008